UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OVERTON,

        Plaintiff,

  v.

WARDEN,

        Defendant.

Case No. 24-cv-06809-JSW

**ORDER OF DISMISSAL**

On September 27, 2024, Plaintiff, a California prisoner proceeding pro se, sent a letter to the court that appeared to concern the conditions of his confinement. That same day, the Clerk notified Plaintiff that he needed to file his claims in a complaint, and to either pay the filing fee or file an application to proceed in forma pauperis ("IFP"), all within 28 days. The Clerk also mailed to Plaintiff a form complaint and IFP application, instructions, and a stamped return envelope. In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint and either pay the filing fee or file a completed IFP application before the deadline. The deadline has passed, and no response from Plaintiff has been received. Accordingly, this case is DISMISSED without prejudice.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2024

JEFFREY S. WHITE
United States District Judge